Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FUZZYSHARP TECHNOLOGIES INC. v. INTEL CORPORATION

No. 14-1261    CORRECTED

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    FUZZYSHARP TECH. INC.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant
☑ Appellant   ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | DAVID FINK |
| Law firm: | FINK & JOHNSON |
| Address: | 7519 APACHE PLUME |
| City, State and ZIP: | HOUSTON, TX 77071 |
| Telephone: | 713 729-4991 |
| Fax #: | 713 729-4951 |
| E-mail address: | texascowboy6@gmail.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/1994

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| Feb. 6, 2014 | /s/ David Fink |
| Date | Signature of pro se or counsel |

cc: James F. Valentine

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Feb. 6, 2014
by:

☒ US mail
☐ Fax
☐ Hand
☐ Electronic Means
   (by email or CM/ECF)

David Fink                               /s/David Fink
Name of Counsel                          Signature of Counsel

Law Firm  Fink & Johnson

Address  7519 Apache Plume

City, State, ZIP  Houston, TX 77071

Telephone Number  713 729-4991

FAX Number  713 729-4951

E-mail Address  texascowboy6@gmail.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.