NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**FUZZYSHARP TECHNOLOGIES INCORPORATED,**
*Plaintiff-Appellant,*

v.

**INTEL CORPORATION,**
*Defendant-Appellee.*

2014-1261

Appeal from the United States District Court for the Northern District of California in No. 4:12-cv-04413-YGR, Judge Yvonne Gonzalez Rogers.

**ON MOTION**

Before TARANTO, *Circuit Judge*.

**O R D E R**

Upon consideration of the parties' joint motion to stay the briefing schedule in this appeal until the Supreme Court of the United States renders a judgment in *Alice Corp. v. CSL Bank*, No. 13-298,

IT IS ORDERED THAT:

(1) The motion is granted. The briefing schedule is stayed.

(2) The parties are directed to advise this court, within 14 days of the date of the Supreme Court's judgment in *Alice Corp.*, how they believe this appeal should proceed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19