NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FUZZYSHARP TECHNOLOGIES INCORPORATED,**
*Plaintiff-Appellant,*

v.

**INTEL CORPORATION,**
*Defendant-Appellee.*

---

2014-1261

---

Appeal from the United States District Court for the Northern District of California in No. 4:12-cv-04413-YGR, Judge Yvonne Gonzalez Rogers.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint response to this court's March 31, 2014 order,

IT IS ORDERED THAT:

(1) The stay in this appeal is hereby lifted.

(2) Appellant's opening brief shall be due no later than August 18, 2014.

2    FUZZYSHARP TECHNOLOGIES v. INTEL CORPORATION

             FOR THE COURT

             <u>/s/ Daniel E. O'Toole</u>
             Daniel E. O'Toole
             Clerk of Court

s30